# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BIGLOW, | : | Case No. 1:18-cv-381 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 15, 2019, submitted a Report and Recommendation. (Doc. 15). Plaintiff filed objections on September 9, 2019 (Doc. 17), and Defendant filed a response on September 11, 2019 (Doc. 19).

Plaintiff's objections are not well-taken, as they merely consist of Plaintiff's first-hand account of her medical condition and pain. (Doc. 17). While certainly sympathetic, the Plaintiff's statements do not identify any specific error in the Report and Recommendation, and instead register general disagreement with the outcome of her case. Accordingly, upon review of the Magistrate Judge's thorough and well-reasoned opinion, the Court agrees that the ALJ's finding of non-disability should be affirmed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that Plaintiff's objections (Doc. 17) should be and are hereby **OVERRULED** and the Report and Recommendation (Doc. 15) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) The Commissioner's decision is **AFFIRMED**, as that decision is supported by substantial evidence;

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:  9/28/2019  /s/ *Timothy S. Black*
Timothy S. Black
United States District Judge